1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9               IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,           CASE NO. 1:08-CR-00232 LJO-SKO

13 |              Plaintiff,              STIPULATION TO CONTINUE INITIAL
                                          APPEARANCE
14 |       v.

15 | AARON MULDREW,

16 |              Defendant.

17

18      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

19 Kimberly A. Sanchez, Assistant U.S. Attorney and Harry Drandell, attorney for the defendant, that the initial

20 appearance on a supervised release violation petition set for January 22, 2014 at 1:30 pm before the

21 Honorable Sheila K. Oberto be continued to January 28, 2014 at 1:30 p.m.  The reason for the request is

22 because the Honorable Lawrence J. O'Neill issued an Order dated January 21, 2014, 1:14-mc-0003 LJO,

23 prohibiting any defendant in custody at Fresno County Jail from being transported to Federal Court due to an

24 outbreak of H1N1 flu.  The Order is in effect until January 24, 2014 at 5:00 p.m.  The defendant is in custody

25 at Fresno County Jail.

26 ///

27 ///

28 ///

   U.S. v. Muldrew Stipulation

///

The parties agree that the government is taking the defendant before the magistrate "without unnecessary delay" due to the Court's order referenced above.

Dated: January 21, 2014                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                    By     /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

Dated: January 21, 2014                    /s/ Harry Drandell
                                           HARRY DRANDELL
                                           Attorney for Defendant

IT IS SO ORDERED.

Dated: 1/21/14                             Honorable Sheila K. Oberto
                                           United States District Court Judge

U.S. v. Muldrew Stipulation